Alice S. Dwyer, appellant, v. Margaret O. Dwyer et al., appellees. Gen. No. 31,955.

Opinion filed February 27, 1928. Rehearing denied March 12, 1928.
Frederick A. Brown, for appellant; William G. Worthey, of counsel.
Johan Waage, for appellees.
Mr. Presiding Justice Matchett delivered the opinion of the court.

William N. Cummins, appellee, v. The Chicago, Rock Island & Pacific Railway Company, appellant. Gen. No. 32,110.

Opinion filed February 27, 1928. Rehearing was allowed on January 20 1928, on opinion filed December 27, 1927, abstracted in 247 Ill. App. 618.
Daniel Taylor, for appellant. Joseph D. Ryan, for appellee.
Mr. Presiding Justice Matchett delivered the opinion of the court.

Bartholomay-Darling Company, appellee, v. E. H. Davis & Company, appellant. Gen. No. 32,166.

Opinion filed February 27, 1928.
Philip Richard Davis, for appellant; Ben Aronin, of counsel.
Eisendrath, Solomon & Borden, for appellee; Charles H. Borden, of counsel.
Mr. Presiding Justice Matchett delivered the opinion of the court.

Michael Atz and Harry Atz, trading as Atz Brothers, appellees, v. Fidelity & Casualty Company of New York, appellant. Gen. No. 32,184.

Opinion filed February 27, 1928. Rehearing denied March 12, 1928.
H. L. Howard and William Greene, for appellant. Morris G. Levinson, for appellees.
Mr. Presiding Justice Matchett delivered the opinion of the court.